[No. 14650.  Department Two.  June 19, 1918.]

THE STATE OF WASHINGTON, *Respondent*, v.
JENNIE GREENWALD, *Appellant*.[1]

CRIMINAL  LAW — APPEAL — FAILURE  TO  PROSECUTE — DILIGENCE.
Where an appeal from a conviction in justice court was perfected
in February, 1916, and not brought to trial for over a year, it is
properly dismissed for want of diligence in prosecuting it.

SAME—APPEAL—RECORD.  Proceedings not made a part of the
record in a criminal appeal cannot be considered.

Appeal from an order of the superior court for King
county, Smith, J., entered April 6, 1917, dismissing an
appeal from a conviction in a justice court, for want
of diligence.  Affirmed.

*W. F. Van Ruff*, for appellant.

*Alfred H. Lundin* and *Frank P. Helsell*, for respond-
ent.

PER CURIAM.—On December 14, 1915, the appellant,
Jennie Greenwald, was convicted in justice court for
King county of the crime of selling intoxicating liquor
without a license.  She took an appeal to the superior
court.  The transcript on appeal was filed on the 7th
day of February, 1916.  On the 23d day of March, 1917,
the prosecuting attorney of King county filed a motion
to dismiss the appeal for the want of prosecution.  The
motion was granted.

We are not favored by a statement of facts, and being
bound by the record as it is revealed in the transcript,
the case falls squarely within, and is controlled by,
*State v. Buffum*, 94 Wash. 25, 161 Pac. 832.  Appellant
insists that the court abused its discretion in dismissing
the case for the reason that, prior to the time the mo-
tion to dismiss was filed by the prosecuting attorney,

[1]Reported in 173 Pac. 636.

appellant had moved that the case be set down for trial.
These proceedings are not made a part of the record
and cannot be now considered.

Affirmed.